# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| DAN C. KARNICKI, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF ELIZABETH L. KARNICKI | : No. 510 EAL 2016<br>:<br>:<br>: Petition for Allowance of Appeal from<br>: the Order of the Commonwealth Court |
| v. | |
| RIDE THE DUCKS INTERNATIONAL LLC, RIDE THE DUCKS OF PHILADELPHIA D/B/A RIDE THE DUCKS, HERSCHEND FAMILY ENTERTAINMENT CORPORATION D/B/A RIDE THE DUCKS, AMPHIBIOUS VEHICLE MANUFACTURING, LLC, | |
| PETITION OF:  RIDE THE DUCKS INTERNATIONAL, LLC | |

## ORDER

**PER CURIAM**

AND NOW, this 10th day of May, 2017, the Petition for Allowance of Appeal is **DENIED** and the Application for a Stay Pending Appellate Review is **DISMISSED AS MOOT**.